PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Edmund B. Moran, Jr., Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Thomas D. Rafter, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LAMONT DAVIS, a/k/a LAMONT LEE, Defendant-Appellant.

(No. 59331;

First District (5th Division)—January 10, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (James B. Murray, Judith A. Stewart, and Ira Churgin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Michael J. Polelle, Assistant State's Attorneys, of counsel), for the People.

THOMAS T. KELLY, Plaintiff-Appellant, *v.* THE POLICE BOARD OF THE CITY OF CHICAGO *et al.*, Defendants-Appellees.

(No. 59946;

First District (5th Division)—January 10, 1975.

*Opinion modified upon denial of rehearing February 14, 1975.*